**92–1783.** Simon v. Designers Prod., Inc. *Cuyahoga County*, No. 63004.

**92–1830.** Middletown v. Butler Cty. Bd. of Commrs. *Butler County*, No. CA91–03–049. On motion and cross-motion to certify the record. Motions denied.
PFEIFER, J., dissents.

**92–1900.** Sutton v. Willis. *Hamilton County*, No. C–910675.

**92–1983.** Piscione v. Piscione. *Lorain County*, No. 91CA005235.

**92–2010.** State v. Busch. *Warren County*, No. CA92–01–002.
RESNICK, J., dissents.

**92–2011.** Conley v. Bur. of Workers' Comp. *Lawrence County*, No. 91–CA–17.

**92–2038.** State v. Daniels. *Lorain County*, No. 92CA005285.

**92–2044.** State ex rel. Van Meter v. Lawrence Cty. Bd. of Commrs. *Lawrence County*, No. 91–CA–25.

**92–2053.** Hillen v. Dr. Herbert A. Asch, D.D.S., Inc. *Hamilton County*, No. C–910848.
WRIGHT, J., dissents.

**92–2055.** Sferra v. Shonce. *Mahoning County*, Nos. 90 C.A. 51 and 90 C.A. 113.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**92–2056.** State v. Washington. *Hamilton County*, No. C–910671.

**92–2060.** State ex rel. O'Brien v. Viereck. *Franklin County*, No. 92AP–46.

**92–2063.** Livingston v. McKie. *Butler County*, No. CA92–01–011.

**92–2064.** Greene v. Barrett. *Cuyahoga County*, No. 63788.

**92–2073.** Nelson v. Taoka. *Lucas County*, No. L–91–114.
RESNICK, J., not participating.

**92–2088.** Oliver–Coogler v. Toledo Edison Co. *Lucas County*, No. L–91–373.
RESNICK, J., not participating.

**92–2092.** Teague v. Castro. *Lucas County*, No. L–91–276.
DOUGLAS, J., would allow on Proposition of Law No. II only.

**92–2116.** Athens Cty. Property Owners. Assn., Inc. v. Athens. *Athens County*, No. 1482.

**92–2128.** Cox v. McLima Mgt., Inc. *Allen County*, No. CA92–04–0044.

**92–2155.** State v. Mongold. *Fayette County*, No. CA92–02–004.

**92–2160.** Lambert v. Benz. *Hamilton County*, No. C–910752.

**92–2189.** Dorsey v. Morris. *Summit County*, No. 15538.

*Thursday, January 14, 1993*
## DISCIPLINARY DOCKET

**92–2639.** In re Mesi. Pursuant to the provisions of Gov. Bar. R. V(5)(A)(3), Philip A. Mesi, Attorney Registration No. 0023592, is indefinitely suspended from the practice of law.

**93–28.** In re Malkin. Pursuant to the provisions of Gov. Bar R. V(5)(A)(3), Jack Steven Malkin, Attorney Registration No. 0034018, is indefinitely suspended from the practice of law.

## MISCELLANEOUS DOCKET

**92–1967.** In re Gregersen. Pursuant to the provisions of Gov. Bar R. I(8)(H), Craig Gregersen, Attorney Registration No. 0040034, is permitted to register for inactive status.
MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent and would revoke his license pursuant to Gov. Bar R. I(8)(H).